# IN THE UNITED STATES BANRKUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>JOYCE M. BOGGS,<br>　　　　　　　Debtor.<br><br>JUDY A. ROBBINS,<br>UNITED STATES UNITED STATES TRUSTEE FOR REGION FOUR,<br><br>Movant,<br><br>v.<br><br>LEGAL ALLIANCE PLLC,<br><br>Respondent. | Case No. 15-61193<br><br><br><br>Motion No. \_\_\_\_\_ |

Order

This cause came to be heard upon the United States Trustee's Motion to Examine Fees. At the hearing, counsel for the United States Trustee represented that the parties had resolved this motion. Upon agreement of the parties and it appearing just and proper to do so, it is hereby ORDERED as follows:

　　　1.　　Legal Alliance, PLLC will refund the amount of $6,250.00 to the debtor, Joyce M. Boggs, within thirty (30) days of the entry of this order. This refund will be directed to her counsel Darren T. Delafield at 4311 Williamson Road, NW, Roanoke, VA 24012 and will be made in certified funds.

　　　2.　　Legal Alliance, PLLC will refrain from suggesting or otherwise counseling it's clients to file bankruptcy as a part of or in connection with their services. Nothing in this order shall prohibit the company from recommending to their clients that they seek the advice of a

bankruptcy attorney.

      3.      Upon entry of this Order, this case may close.

Enter this 6th day of June, 2016.

*/s/ Rebecca B Connelly*
Chief United States Bankruptcy Court Judge

I ask for this:

*/s/ Margaret K. Garber*
Margaret K. Garber (VSB No. 34412)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, Virginia 24011
Margaret.k.garber@usdoj.gov
(540) 857-2806


Seen:

*/s/ Douglas E. Wade by Margaret K. Garber with permission*
380 Maple Avenue West, Suite 102
Vienna, VA 22180
 Counsel for the respondents

*/s/ Darren T. Delafield by Margaret K. Garber with permission*
Darren T. Delafield
4311 Williamson Road, NW
Roanoke, VA 24012
 Counsel for the debtor